**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TOMYRA GORDON,<br><br>Plaintiff,<br><br>v.<br><br>CSS SERVICE INCORPORATED, SFR JV-1 2021-1 BORROWER, LLC, TRICON AMERICAN HOMES d/b/a TAH GEORGIA, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO:<br>1:23-cv-05400-SCJ-CCB |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**

COME NOW the Defendants and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

(1) The undersigned counsel of record for the parties to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

*For Defendants:*

*SFR JV-1 2021-Borrower, LLC;*

*TAH Georgia, LLC;*

*CSS Service Incorporated.*

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*None known at this time.*

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Arthur A. Ebbs*
*Womble Bond Dickinson (US) LLP*
*1331 Spring Street NW*
*Suite 1400*
*Atlanta, Georgia 30309*
*(404) 872-7000*
*arthur.ebbs@wbd-us.com*

Respectfully submitted this 9th day of September, 2026.

WOMBLE BOND DICKINSON (US), LLP

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181

1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
Email: arthur.ebbs@wbd-us.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the following document was filed using the CM/ECF system which will automatically send a copy to all counsel of record and has also been sent by U.S. Mail addressed as follows:

Tomyra Gordon
1659 Highway 20 W
Suite 370
McDonough, Georgia 30253

This 9th day of September, 2026.

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181